**STATE of Missouri, Respondent,**

v.

**Paris YOUNG, Appellant.**

**No. WD 35399.**

Missouri Court of Appeals,
Western District.

Dec. 18, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Jan. 29, 1985.

Joseph H. Locascio, Sp. Public Defender,
Mimi Droll, Asst. Sp. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SOM-
ERVILLE and NUGENT, JJ.

### ORDER

PER CURIAM.

Appeal from conviction for sale of a
schedule II controlled substance, § 195.-
020.1, R.S.Mo., Supp.1983, and sentence of
eighteen years imprisonment.

Judgment affirmed. Rule 30.25(b).

■

**Craig R. KELSO,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35495.**

Missouri Court of Appeals,
Western District.

Dec. 18, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
Jan. 29, 1985.

Joseph H. Locascio, Sp. Public Defender,
Edith L. Messina, Asst. Sp. Public Defend-
er, Kansas City, for appellant.

John Ashcroft, Atty. Gen., John J. Olden-
burg, Jr., Asst. Atty. Gen., Jefferson City,
for respondent.

Before PRITCHARD, P.J., and SHAN-
GLER and BERREY, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion
to vacate conviction for first degree arson,
and sentence of fifteen years imprison-
ment. See 617 S.W.2d 591 (Mo.App.1981).

Judgment affirmed. Rule 84.16(b).